THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
United States Attorney's Office
    U. S. Courthouse, Suite 8000
    411 West Fourth Street
    Santa Ana, California  92701
    Telephone:  (714) 338-3591
    Facsimile:  (714) 338-3561
    E-Mail:     Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

               UNITED STATES DISTRICT COURT

          FOR THE CENTRAL DISTRICT OF CALIFORNIA

                     WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CV 05-3640-SVW (CTx) |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT** |
| $702,036.14 IN BANK ACCOUNT FUNDS, et al., | [NOTICE OF LODGING LODGED CONCURRENTLY HEREWITH] |
| Defendants. | |
| PHU TAN LUONG, HOANG LUONG, and HELENE NGOC BUCH LUONG, | JS - 6 |
| Claimants. | |

//

//

On May 16, 2005, plaintiff United States of America ("plaintiff" or the "government") filed a Complaint for Forfeiture against the defendant properties as follows: $702,036.14 in bank account funds (the "defendant funds"); one 2004 Mercedes Benz E320 (the "2004 Mercedes"); one 2003 Mercedes Benz SL500 (the "2003 Mercedes"); one 2001 Lamborghini Diablo (the "2001 Lamborghini"); one 2000 Rolls Royce Seraph (the "2000 Rolls Royce"); and one 1999 41-foot Maxum Yacht (the "1999 Yacht") (collectively the "defendant properties"). The government alleged that the defendant properties were subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

Claimants Phu Tan Luong, Hoang Luong, and Helen Ngoc Buch Luong (collectively "claimants") filed Statements of Interest on June 2, 2005. No other claims, statements of interest, or answers have been filed, and the time for filing claims, statements, and answers has expired.

The government and claimants have agreed to settle this forfeiture action and to avoid further litigation.

The Court having been duly advised of and having considered the matter, and based upon the consent of plaintiff and claimants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

3.   Notice of this action has been given as required by law. Claimants filed the only statement of interests or claims. Claimants are relieved of their duty to file answers in this

-2-

action.  The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4.   Claimants agree to forfeiture as set out below.  A judgment of forfeiture is hereby entered in favor of the United States, which shall dispose of the following defendant properties in accordance with the law:

(A)   The defendant funds plus all accrued interest are hereby forfeited to the United States of America, and no other right, title, or interest shall exist therein.

(B)   The 2004 Mercedes is hereby forfeited to the United States of America, and no other right, title, or interest shall exist therein.

(C)   The 2003 Mercedes is hereby forfeited to the United States of America, and no other right, title, or interest shall exist therein.

(D)   The 2001 Lamborghini is hereby forfeited to the United States of America, and no other right, tittle, or interest shall exist therein.

(E)   The 2000 Rolls Royce is hereby forfeited to the United States of America, and no other right, title, or interest shall exist therein.

(F)   The 1999 Yacht is hereby forfeited to the United States of America, and not other right, title, or interest  shall exist therein.

5.   Claimants will execute further documents, to the extent necessary, to convey clear title to the defendant properties and to further implement the terms of this Consent Judgment.

//

-3-

6.  Claimants waive the redacting and sealing requirements of L.R. 79-5.4.

7.  Claimants hereby release the United States of America, its agencies, officers, and employees, including employees of the Federal Bureau of Investigation, and local law enforcement agencies, their agents, officers, and employees, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs, or interest on behalf of claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

8.  The Court finds that there was reasonable cause for the institution of these proceedings against the defendant real properties.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

10.  The Court further finds that claimants did not substantially prevail in this action, and the parties shall bear their own attorneys' fees and other costs of litigation.

DATED: November 4, 2008

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

//
//
//
//
//
//

-4-

1      <u>CONSENT</u>

2         The government and claimants consent to judgment and waive

3   any right to appeal.

4   DATED: September ___, 2008      THOMAS P. O'BRIEN
                                    United States Attorney
5                                   CHRISTINE C. EWELL
                                    Assistant United States Attorney
6                                   Chief, Criminal Division
                                    STEVEN R. WELK
7                                   Assistant United States Attorney
                                    Chief, Asset Forfeiture Section
8

9                                   _____
                                    FRANK D. KORTUM
10                                  Assistant United States Attorney

11                                  Attorneys for Plaintiff
                                    United States of America
12

13  DATED: September ___, 2008      STANLEY I. GREENBERG
                                    A Law Corporation
14

15                                  _____
                                    STANLEY I. GREENBERG
16

17                                  Attorney for Claimants
                                    Phu Tan Luong and Hoang Luong
18
    DATED: September ___, 2008
19

20                                  _____
                                    PHU TAN LUONG, Claimant
21
    DATED: September ___, 2008
22

23                                  _____
                                    ALEXANDER LUONG
24
                                    Power of Attorney for Claimant
25                                  Hoang Luong

26  DATED: September ___, 2008

27
                                    _____
28                                  HELEN NGOC BUCH LUONG, Claimant

                                -5-